CHRISTOPHER J. KERLEY, WSBA #16489
Evans, Craven & Lackie, P.S.,
818 W. Riverside Ave., Suite #250
Spokane, WA 99201
P: (509) 455-5200 | F: (509) 455-3632
E: Ckerley@ecl-law.com

*Counsel for Defendant Peter Erbland.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA D. GEORGE,<br>            Plaintiffs,<br>vs.<br><br>THE COLVILLE CONFEDERATED TRIBES; RODNEY CAWSTON; ANDREW JOSEPH, JR.; JACK FERGUSON; RICHARD SWAN, SR.; MARVIN KHEEL; JOSEPH SOMDAY; JOEL BOYD; RICHARD MOSES; ALICE KOSKELA; SHANNON THOMASL JASON D'AVIGNON; and PETER ERBLAND.<br><br>            Defendants. | Case No. **2:24-CV-00123-SAB**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that **DEFENDANT PETER ERBLAND** hereby enters his appearance, by and through his attorney Christopher J. Kerley of Evans, Craven & Lackie, P.S., and requests that all further pleadings and papers (except process) be served upon the undersigned attorney, at the address below:

**CHRISTOPHER J. KERLEY**
Evans, Craven & Lackie, P.S.,
818 W. Riverside Ave., Suite #250, Spokane, WA 99201
P: (509) 455-5200 | F: (509) 455-3632
E: ckerley@ecl-law.com

NOTICE OF APPEARANCE - Page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
P: (509) 455-5200 | F: (509) 455-3632

1 | DATED this __8__ day of May, 2024.

 

**EVANS, CRAVEN & LACKIE, P.S.**

_[signature]_

**CHRISTOPHER J. KERLEY, WSBA #16489**
Attorneys for Defendant Peter Erbland
818 W. Riverside, Suite #250
Spokane, WA 99201
P: (509) 455-5200

NOTICE OF APPEARANCE - Page 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington, that on the 8th day of May, 2024, a true and correct copy of the foregoing was delivered to the following persons in the manner indicated:

| Plaintiff: | |
|---|---|
| **ANDREA D. GEORGE**<br>PO Box 19394<br>Spokane, WA 99219<br>E: ageorge26@icloud.com | VIA REGULAR MAIL [✓]<br>VIA CERTIFIED MAIL [ ]<br>VIA FACSIMILE [ ]<br>HAND DELIVERED [ ]<br>EMAIL [✓] |
| Counsel for Defendants CCT, R. Cawston, A. Joseph, Jr., J. Ferguson, R. Swan, Sr., M. Kheel, J. Somday, J. Boyd, R. Moses, A. Koskela, S. Thomas & J. D'Avignon: | |
| **THOMAS B. NEDDERMAN, WSBA #28944**<br>**WILLIAM J. DOW, WSBA #51155**<br>Floyd, Pflueger, Kearns, Nedderman & Gress, P.S.,<br>3101 Western Ave., Suite #400<br>Seattle, WA 87121<br>E: tnedderman@NWTrialAttorneys.com<br>E: wdow@NWTrialAttorneys.com | VIA REGULAR MAIL [✓]<br>VIA CERTIFIED MAIL [ ]<br>VIA FACSIMILE [ ]<br>HAND DELIVERED [ ]<br>EMAIL [✓] |

_____
Chyanne C. Isom

NOTICE OF APPEARANCE - Page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
P: (509) 455-5200 | F: (509) 455-3632