Thomas B. Nedderman, WSBA No. 28944
William J. Dow, WSBA No. 51155
Floyd, Pflueger, Kearns, Nedderman & Gress, P.S.
3101 Western Ave, Suite 400
Seattle, WA  98121-3017
206-441-4455
tnedderman@nwtrialattorneys.com
wdow@nwtrialattorneys.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA D. GEORGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE COLVILLE CONFEDERATED TRIBES; RODNEY CAWSTON; ANDREW JOSEPH, JR.; JACK FERGUSON; RICHARD SWAN, SR.; MARVIN KHEEL; JOSEPH SOMDAY; JOEL BOYD; RICHARD MOSES; ALICE KOSKELA; SHANNON THOMAS; JASON D'AVIGNON; PETER ERBLAND; EDWARD JURSEK; CARMEL McCURDY; CHARISSA EICHMAN; MARTY RAAP; NICHELLE BARNABY; SABRINA DESAUTEL; RANDAL STECKEL; DEBRA WULFF; THOMAS MILLER; and SOPHIE NOMEE,<br><br>　　　　　Defendants. | NO. 2:24-cv-00123-SAB<br>NO. 2:24-cv-00169-SAB<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONSOLIDATE |

　　　　Defendants, via their undersigned counsel, do not object to Plaintiff's Motion to Consolidate Cause Numbers 2:24-cv-00123-SAB and 2:24-cv-00169-SAB.

//

//

//

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO CONSOIDATE - 1

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

1  DATED this 16th day of August, 2024.

2                                                                      FLOYD | PFLUEGER
3                                                                      KEARNS, NEDDERMAN & GRESS, P.S.

4

5                                                                    *s/William Dow*
                                                                   Thomas B. Nedderman, WSBA No. 28944
6                                                                    William J. Dow, WSBA No. 51155
                                                                   *Attorneys for Defendants The Colville*
7                                                                    *Confederated Tribes; Rodney Cawston; Andrew*
                                                                   *Joseph, Jr.; Jack Ferguson; Richard Swan, Sr.;*
8                                                                    *Marvin Kheel; Joseph Somday; Joel Boyd;*
                                                                   *Richard Moses; Alice Koskela; Shannon Thomas;*
9                                                                    *And Jason D'Avignon*

10

11                                                                   EVANS, CRAVEN & LACKIE, P.S.,

12

13                                                                   *s/Christopher Kerley*
                                                                   Christopher J. Kerley, WSBA No. 16489
14                                                                   *Attorney for Defendant Erbland*

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO CONSOIDATE - 2

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

DECLARATION OF SERVICE

Pursuant to RCW 9A.72.085, I declare under penalty of perjury and the laws of the State of Washington that on the below date, I delivered a true and correct copy of the foregoing via the method indicated below to the following parties:

| | | |
|---|---|---|
| Andrea D. George<br>PO Box 19394<br>Spokane, WA  99219<br>ageorge26@icloud.com | *Plaintiff* | ☒ Via Email/E-Service<br>☐ Via U.S. Mail |

DATED this 21st day of August, 2024.

*s/ Tammy Bolte*
Tammy Bolte, Legal Assistant
tbolte@nwtrialattorneys.com

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONSOIDATE - 3

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455