FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA D. GEORGE,<br><br>       Plaintiff,<br><br>    v.<br><br>THE COLVILLE CONFEDERATED TRIBES; RODNEY CAWSTON; ANDREW JOSEPH, JR.; JACK FERGUSON; RICHARD SWAN, SR.; MARVIN KHEEL; JOSEPH SOMDAY; JOEL BOYD; RICHARD MOSES; ALICE KOSKELA; SHANNON THOMAS; JASON D'AVIGNON; PETER ERBLAND; EDWARD JURSEK; CARMEL MCCURDY; CHARISSA EICHMAN; MARTY RAAP; NICHELLE BARNABY; SABRINA DESAUTEL; RANDAL STECKEL, DEBRA WULFF; THOMAS MILLER; and SOPHIE NOMEE,<br><br>       Defendants. | No.  2:24-CV-00123-SAB<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER AMENDED JUDGMENT** |

**ORDER DIRECTING CLERK OF COURT TO ENTER AMENDED JUDGMENT** ~ 1

On May 6, 2026, the Ninth Circuit affirmed the Court's Order dismissing this action but remanded with directions to dismiss this action without prejudice. The mandate issued on May 28, 2026. ECF No. 60.

Accordingly, **IT IS HEREBY ORDERED:**

1.      The Clerk of Court is directed to enter an amended judgment in favor of Defendants and against Plaintiff, dismissing Plaintiff's Consolidated Complaint, ECF No. 47, without prejudice.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to Plaintiff and counsel, and **close** the file.

**DATED** this 28th day of May 2026.



Stan Bastian
Chief United States District Judge

**ORDER DIRECTING CLERK OF COURT TO ENTER AMENDED JUDGMENT** ~ 2